No. 77–6439. GUBELMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6444. CODY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6459. GUARINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6566. CARTER v. PROPERTY SERVICES OF AMERICA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6567. FINKELSTEIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 77–6572. TOWNSEND ET AL. v. CLOVER BOTTOM HOSPITAL & SCHOOL ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 77–6582. CARTER v. ROMINES ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–6585. CLOUDY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 77–6588. JOHNSON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 77–6592. MONTOYA v. KILLINGER ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6596. MASON v. GAGNON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 77–6601. LEHMAN v. GABOR. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–6611. DRAYER v. KRASNER ET AL. C. A. 2d Cir. Certiorari denied.